**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| Johnny Hinton, | : |
| | : |
| | : Civil Action No.: 1:11-cv-00149 |
| Plaintiff, | : |
| v. | : |
| | : |
| Seattle Service Bureau, Inc. d/b/a National Service Bureau, Inc.; and DOES 1-10, inclusive, | : |
| | : |
| Defendant. | : |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY**
**DISMISSAL OF ACTION WITHOUT PREJUDICE**
**PURSUANT TO RULE 41(a)**

Johnny Hinton ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: July 12, 2011

                                      Respectfully submitted,
                                      By /s/ Forrest E. Mays_____
                                      Forrest E. Mays (Bar No. 07510)
                                      1783 Forest Drive, Suite 109
                                      Annapolis, MD  21401
                                      Telephone: (410) 267-6297
                                      Facsimile: (410) 267-6234
                                      Email: mayslaw@mac.com

                                      Of Counsel To
                                      LEMBERG & ASSOCIATES L.L.C.
                                      A Connecticut Law Firm
                                      1100 Summer Street, 3rd Floor
                                      Stamford, CT 06905
                                      Telephone: (203) 653-2250
                                      Facsimile:  (877) 795-3666
                                      ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

     I hereby certify that on July 12, 2011, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the District of Maryland Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                        By /s/ Forrest E. Mays

                                           Forrest E. Mays